31 So.3d 213 (2010)
Brian Thomas HOSANG, former husband, Appellant,
v.
Stephanie Jean HOSANG, former wife, Appellee.
No. 1D10-0240.
District Court of Appeal of Florida, First District.
March 2, 2010.
*214 Neal L. Betancourt of Rotchford & Betancourt, P.A., Jacksonville, for Appellant.
Stephanie Jean Hosang, pro se, Appellee.
PER CURIAM.
DISMISSED. See Ward v. Bragg, 957 So.2d 670 (Fla. 1st DCA 2007).
VAN NORTWICK, LEWIS, and ROWE, JJ., concur.